895 A.2d 518

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Thomas McCANDLESS, Petitioner.**

Supreme Court of Pennsylvania.

March 8, 2006.

## ORDER

PER CURIAM.

**AND NOW,** this 8th day of March, 2006, we **GRANT** the Petition for Allowance of Appeal limited to the following issue:

Whether the Superior Court erred in holding that the Commonwealth did not waive the issue of the "law of the case" doctrine.

Justice BALDWIN did not participate in the consideration or decision of this matter.